# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–2 | User: admin | Date Created: 07/09/2019 |
| Case: 19–80435–JJG–7 | Form ID: b309a | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
15380967   Citibank, NA

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Reneitta Michelle Lampkin      2562 S 19th Street      Terre Haute, IN 47802
ust         U.S. Trustee      Office of U.S. Trustee      101 W. Ohio St.. Ste. 1000      Indianapolis, IN 46204
tr          Lou Ann Marocco      PO Box 1206      Greenwood, IN 46142
aty         B. Scott Skillman      B. Scott Skillman      POB 9481      2901 E Ohio, Ste 124      Terre Haute, IN 47808–9481
15380964    BLITT AND GAINES PC      661 Glenn Avenue      Wheeling, IL 60090
15380965    Bank of America      pob 982238      El Paso, TX 79998
15380966    Chase Bank      POB 9001871      Louisville, KY 40290–1871
15380968    Citibank/Blitt and Gaines, P.C.      661 Glenn Ave      Wheeling, IL 60090
15380969    Citibank/sears      661 Glenn Ave      Wheeling, IL 60090
15380970    Crown Asset Management      310 Breckinridge Blvd,      Suite725      Duluth, GA 30096
15380971    Nelnet      3015 S Parker Rd      STE 400      Aurora, CO 80201–1649
15380972    Pfister & Co.      711 Ohio Street      Terre Haute, IN 47807

TOTAL: 12